United States Courts
Southern District of Texas
FILED

FEB 09 2021   BM

Nathan Ochsner, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | § § CRIMINAL NO. |
| PEDRO APOLONIO MEDINA | § § |

L-21-0254
MGM

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about **January 26, 2021**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**PEDRO APOLONIO MEDINA,**

having been convicted of a violation of Title 8 United States Code, Section 1324 (a)(1)(A)(ii) and (v)(I), a felony, and having been released from custody pursuant to the provisions of Chapter 207 of Title 18, United States Code, in connection with the aforementioned Criminal Case No 5:20-CR-01488, on the condition that the Defendant appear in the United States District Court at Laredo, Texas, at 9:30 a.m. on January 26, 2021, did knowingly fail to appear as required.

In violation of Title 18, United States Code, Section 3146(a)(1) and 3146(b)(1)(A)(ii).

A TRUE BILL:

RYAN K. PATRICK
UNITED STATES ATTORNEY

Anthony Garrie Brown
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

CRIMINAL DOCKET  **L -21-0254**

NO._____

<u>   LAREDO   </u> DIVISION

FILE: 21-00915
<u>INDICTMENT</u>

MAG #: 21-00000

Filed: <u>February 9, 2021</u>

Judge:_____

ATTORNEYS:

**UNITED STATES OF AMERICA**

VS.

**PEDRO APOLONIO MEDINA**

RYAN K. PATRICK, USA
ANTHONY GARRIE BROWN, AUSA

**CHARGE:**      Ct. 1:  Failure to Appear [18 USC 3146 (a)(1)]

**TOTAL COUNTS: 1**

**PENALTY:**
Ct.1:  5 year and/or $250,000.00, $100 Special Assessment,
    Not More Than 3 Year Term of Supervised Release

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: